# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No.<br>) FILED: JUNE 25, 2008<br>) 08CV3628 |
| ROSELAND COMMUNITY HOSPITAL ASSOCIATION, | ) JUDGE ASPEN<br>) MAGISTRATE JUDGE COLE<br>) |
| Defendant. | ) PH ) ) |

## COMPLAINT

The plaintiff, AmerisourceBergen Drug Corporation ("ABDC"), by and through its attorneys, Loeb & Loeb LLP, hereby complains of defendant Roseland Community Hospital Association ("Roseland"), as follows:

## NATURE OF THE ACTION

1. This is a straightforward action resulting from Roseland's refusal to pay for goods sold and delivered to Roseland by ABDC. ABDC sold these goods to Roseland on credit through two open accounts. Roseland was required to pay ABDC for the goods pursuant to the terms set forth in the invoices. Accordingly, Roseland is obligated to pay the full amount due and owing on the two open accounts plus applicable interest and late charges. Roseland has failed to make payment to ABDC

CH43750.2
212942-10001

1

## THE PARTIES

2.ABDC is a Delaware Corporation and conducts business at 1300 Morris Drive, Chesterbrook, Pennsylvania 19087.

3.Roseland is an Illinois not-for-profit corporation and conducts business at 45 West 111th Street, Chicago, Illinois 60628.

## JURISDICTION AND VENUE

**4.**This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332(a)(1) as complete diversity exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a)(1) because Roseland's principal place of business is Chicago, Illinois. Pursuant to 28 U.S.C. §1391(c) "a corporation shall be deemed to reside in any judicial district in which it is subject to personal jurisdiction at the time the action is commenced."

## BACKGROUND

6.ABDC is a distributor of medical and pharmaceutical products.

7.Roseland is a hospital that was a customer of ABDC.

8.From approximately 2003 to 2007, Roseland purchased pharmaceuticals and other goods ("Goods") from ABDC on credit through two open accounts: Account No. 019037481 and Account No. 019008086.

9.ABDC sold Goods to Roseland on credit which required Roseland to pay for such Goods under terms set forth in the invoices provided to Roseland.

10.Roseland paid for many of the Goods purchased from ABDC.

11.However, Roseland has failed and refused to pay for Goods sold and delivered to

Roseland as identified on the open accounts receivable statement attached hereto and incorporated herein as Exhibit "A" for Account Number 019037481 in the amount of $9,734.73 and on the open accounts receivable statement attached hereto and incorporated herein and marked Exhibit "B" for Account Number 019008086 in the amount of $125,316.66.

12. Roseland is in default of its obligations to ABDC because, among other things, it has failed to make payments when due pursuant to the terms of the invoices.

13. As a result of the foregoing defaults, the principal amount of at least $135,051.39 is immediately due and payable from Roseland to ABDC.

## COUNT I
## BREACH OF CONTRACT

14. For this paragraph 14, ABDC realleges and incorporates herein by reference the allegations of paragraphs 1 -13 of this Complaint as though they were fully set forth.

15. Roseland has failed to make payments to ABDC in accordance with Roseland's obligations under the invoices and is otherwise in default of its obligations.

16. As a result of the foregoing defaults, an amount in excess of $135,051.39 is immediately due and payable from Roseland.

17. All conditions precedent to ABDC's right to recover the above amount from Roseland have been performed or have occurred.

WHEREFORE, plaintiff, AmerisourceBergen Drug Corporation, respectfully requests this Court enter judgment against Roseland Community Hospital Association and in favor of AmerisourceBergen Drug Corporation in the amount of $135,051.39 plus interest on each outstanding invoice until paid in full and applicable late charges and grant such other and further relief as is just and proper.

## COUNT II
## BREACH OF ACCOUNT STATED

18. For this paragraph 18, ABDC realleges and incorporates herein by reference the allegations of paragraphs 1-17 of this Complaint as though they were fully set forth

19. Beginning in or about June 2003, ABDC had an ongoing business relationship with Roseland pursuant to which ABDC sold the Goods to Roseland, and Roseland was to pay for such Goods in accordance with the terms of the various statements of account sent from ABDC to Roseland.

20. ABDC invoiced Roseland for the Goods detailed above, which Goods were shipped at Roseland's request.

21. Roseland had an opportunity to review the relevant invoices and raise any objections regarding the accuracy of the information contained therein including, among other things, the amount stated as due.

22. Roseland never timely objected to the amounts set forth in ABDC's invoices.

23. Despite repeated demand, Roseland has failed to pay ABDC the total amounts due as invoiced.

24. As a direct and proximate result of Roseland's failure to pay its accounts as stated, ABDC has been damaged in an amount in excess of $135,051.39.

WHEREFORE, plaintiff, AmerisourceBergen Drug Corporation, respectfully requests this Court enter judgment against Roseland Community Hospital Association and in favor of AmerisourceBergen Drug Corporation in the amount of $135,051.39 plus interest on each outstanding invoice until paid in full and applicable late charges and grant such other and further relief as is just and proper.

## COUNT III
## UNJUST ENRICHMENT

25. For this paragraph 25, ABDC realleges and incorporates herein by reference the allegations of paragraphs 1 - 24 of this Complaint, as though they were fully set forth.

26. ABDC conferred a benefit upon Roseland, to which Roseland was not entitled, by providing Roseland with the Goods.

27. Despite demand, Roseland has refused to return the Goods and/or to pay for them.

28. By accepting delivery of the Goods, retaining them, and not paying ABDC for them, Roseland has been unjustly enriched at ABDC's expense, in an amount in excess of $135,051.39, thereby damaging ABDC.

WHEREFORE, plaintiff, AmerisourceBergen Drug Corporation, respectfully requests this Court enter judgment against Roseland Community Hospital Association and in favor of AmerisourceBergen Drug Corporation in the amount of $135,051.39 plus interest on each outstanding invoice until paid in full and applicable late charges and grant such other and further relief as is just and proper.

Dated: June 25, 2008

Respectfully submitted,

AMERISOURCEBERGEN DRUG CORPORATION

By:   /s/ Michael L. Molinaro
      One of Its Attorneys

Michael L. Molinaro (ARDC #6183321)
John F. Hiltz (ARDC #6289744)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois  60610
(312) 464-3100
mmolinaro@loeb.com
jhiltz@loeb.com



PH

| Today's Date | Page |
|---|---|
| 22 January 2008 | 1 |

Account Number: 019037481

Bill To:
ROSELAND COMMUNITY HOSP-340B
45 WEST 111TH STREET
CHICAGO,IL60628

## OPEN ACCOUNTS RECEIVABLE

| Transaction Date | Transaction Number | Purchase Order | Transaction Due Date | Transaction Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 03/16/2007 | 019169058 | | 04/10/2007 | 20.12 | 0.00 | 20.12 |
| 05/16/2007 | 019343400 | | 06/10/2007 | 51.88 | 0.00 | 51.88 |
| 05/23/2007 | 019079588 | 04012007340B | 06/10/2007 | -23.98 | 0.00 | -23.98 |
| 06/04/2007 | 019392260 | | 06/25/2007 | 32.43 | 0.00 | 32.43 |
| 06/18/2007 | 019431067 | | 07/10/2007 | 66.02 | 0.00 | 66.02 |
| 07/16/2007 | 019506083 | | 08/10/2007 | 113.69 | 0.00 | 113.69 |
| 07/23/2007 | 019525031 | 07222007340B | 08/10/2007 | 2,363.73 | 0.00 | 2,363.73 |
| 07/23/2007 | 019088623 | 07082007340B | 08/10/2007 | 15.67 | 0.00 | 15.67 |
| 07/23/2007 | 019088622 | 07082007340B | 08/10/2007 | -6.17 | 0.00 | -6.17 |
| 07/30/2007 | 019544318 | 7282007GYS | 08/10/2007 | 7.76 | 0.00 | 7.76 |
| 07/30/2007 | 019544317 | 7272007GYS | 08/10/2007 | 192.60 | 0.00 | 192.60 |
| 08/02/2007 | 019556496 | | 08/25/2007 | 110.54 | 0.00 | 110.54 |
| 08/02/2007 | 019554865 | 812007GYS | 08/25/2007 | 3.47 | 0.00 | 3.47 |
| 08/03/2007 | 019560206 | 8022007GYS | 08/25/2007 | 264.91 | 0.00 | 264.91 |
| 08/08/2007 | 019571070 | 08072007340B | 08/25/2007 | 2,613.81 | 0.00 | 2,613.81 |
| 08/08/2007 | 019092887 | 07052007340B | 08/25/2007 | 131.86 | 0.00 | 131.86 |
| 08/08/2007 | 019092886 | 07052007340B | 08/25/2007 | -110.18 | 0.00 | -110.18 |

Please address questions to:  Name: Rosemary Coe
Telephone: 1-800-540-3991
Fax: 407-816-2232
Email: rcoe@amerisourcebergen.com



| | Today's Date | Page |
|---|---|---|
| | 22 January 2008 | 2 |
| Account Number | 019037481 | |
| Bill To | ROSELAND COMMUNITY HOSP-340B<br>45 WEST 111TH STREET<br>CHICAGO, IL 60628 | |

## OPEN ACCOUNTS RECEIVABLE

| Transaction Date | Transaction Number | Purchase Order | Transaction Due Date | Transaction Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 08/10/2007 | 019578264 | 8092007GYS | 08/25/2007 | 385.20 | 0.00 | 385.20 |
| 08/15/2007 | 019591637 | 08142007AMV | 08/25/2007 | 2,738.61 | 0.00 | 2,738.61 |
| 08/16/2007 | 019595316 | | 09/10/2007 | 70.21 | 0.00 | 70.21 |
| 09/04/2007 | 019643614 | | 09/25/2007 | 110.37 | 0.00 | 110.37 |
| 09/17/2007 | 019678825 | | 10/10/2007 | 83.19 | 0.00 | 83.19 |
| 09/25/2007 | 019080255 | 07082007340B | 10/10/2007 | 24.56 | 0.00 | 24.56 |
| 09/25/2007 | 019080254 | 07082007340B | 10/10/2007 | -14.05 | 0.00 | -14.05 |
| 10/03/2007 | 019725824 | | 10/25/2007 | 83.19 | 0.00 | 83.19 |
| 10/16/2007 | 019759798 | | 11/10/2007 | 83.27 | 0.00 | 83.27 |
| 11/05/2007 | 019809174 | | 11/25/2007 | 64.40 | 0.00 | 64.40 |
| 12/03/2007 | 019889781 | | 01/10/2008 | 128.81 | 0.00 | 128.81 |
| 01/02/2008 | 019970417 | | 02/10/2008 | 128.81 | 0.00 | 128.81 |

| | |
|---|---|
| Total Transactions | $9,734.73 |
| Less: Cash Received | $0.00 |
| Total Outstanding Balance | $9,734.73 |

Please address questions to:   Name: Rosemary Coe

Telephone: 1-800-540-3991

Fax: 407-816-2232

Email: rcoe@amerisourcebergen.com



PH

| Today's Date | Page |
|---|---|
| 16 January 2008 | 1 |

| Account Number | 019008086 |
|---|---|

| Bill To | ROSELAND COMMUNITY HOSPITAL<br>45 WEST 111TH STREET<br>CHICAGO, IL 60628 |
|---|---|

## OPEN ACCOUNTS RECEIVABLE

| Transaction Date | Transaction Number | Purchase Order | Transaction Due Date | Transaction Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 05/16/2007 | 019343335 | | 06/10/2007 | 378.74 | 0.00 | 378.74 |
| 06/18/2007 | 019431016 | | 07/10/2007 | 546.30 | 0.00 | 546.30 |
| 07/23/2007 | 019522844 | 07202007GYS | 08/10/2007 | 929.91 | 0.00 | 929.91 |
| 07/23/2007 | 019522841 | 07202007AMV | 08/10/2007 | 316.97 | 0.00 | 316.97 |
| 07/23/2007 | 019522842 | 07202007GYS | 08/10/2007 | 32.52 | 0.00 | 32.52 |
| 07/23/2007 | 019525182 | 07222007GYS | 08/10/2007 | 2,612.10 | 0.00 | 2,612.10 |
| 07/23/2007 | 019522843 | 07202007AMV | 08/10/2007 | 3,860.38 | 0.00 | 3,860.38 |
| 07/24/2007 | 019527646 | 7232007GYS | 08/10/2007 | 2,066.95 | 0.00 | 2,066.95 |
| 07/24/2007 | 019062709A | 07162007RET | 08/10/2007 | -4,710.00 | 0.00 | -4,710.00 |
| 07/24/2007 | 019527645 | 07222007CII | 08/10/2007 | 653.45 | 0.00 | 653.45 |
| 07/25/2007 | 019532428 | 7242007GYS | 08/10/2007 | 2,289.99 | 0.00 | 2,289.99 |
| 07/26/2007 | 019534546 | 07252007JS | 08/10/2007 | 2,208.84 | 0.00 | 2,208.84 |
| 07/26/2007 | 019534545 | 072507BENIG | 08/10/2007 | 19.97 | 0.00 | 19.97 |
| 07/26/2007 | 019534544 | 060302958 | 08/10/2007 | 65.93 | 0.00 | 65.93 |
| 07/27/2007 | 019540789 | 7262007GYS | 08/10/2007 | 16.26 | 0.00 | 16.26 |
| 07/27/2007 | 019540790 | 7262007GYS | 08/10/2007 | 2,545.58 | 0.00 | 2,545.58 |
| 07/30/2007 | 019090860 | 04012007AMV | 08/10/2007 | -423.03 | 0.00 | -423.03 |

Please address questions to:  Name: Rosemary Coe
Telephone: 1-800-540-3991
Fax: 407-816-2232
Email: rcoe@amerisourcebergen.com



| Today's Date | Page |
|---|---|
| 16 January 2008 | 2 |

| Account Number | 019008086 |
|---|---|
| Bill To | ROSELAND COMMUNITY HOSPITAL<br>45 WEST 111TH STREET<br>CHICAGO, IL 60628 |

## OPEN ACCOUNTS RECEIVABLE

| Transaction Date | Transaction Number | Purchase Order | Transaction Due Date | Transaction Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 07/30/2007 | 019090861 | 04012007AMV | 08/10/2007 | 445.68 | 0.00 | 445.68 |
| 07/31/2007 | 019548945 | 7272007GYS | 08/10/2007 | 16.26 | 0.00 | 16.26 |
| 07/31/2007 | 019548946 | 7282007GYS | 08/10/2007 | 5.24 | 0.00 | 5.24 |
| 07/31/2007 | 019548951 | 7302007GYS | 08/10/2007 | 2,587.98 | 0.00 | 2,587.98 |
| 07/31/2007 | 019547482 | EMERGENCY ORDER | 08/10/2007 | 1,494.81 | 0.00 | 1,494.81 |
| 08/01/2007 | 019552105 | 7312007 | 08/25/2007 | 1,691.39 | 0.00 | 1,691.39 |
| 08/01/2007 | 019552104 | 7312007 | 08/25/2007 | 32.52 | 0.00 | 32.52 |
| 08/01/2007 | 019552699 | 7312007 | 08/25/2007 | 78.50 | 0.00 | 78.50 |
| 08/01/2007 | 019552798 | 7312007 | 08/25/2007 | 808.36 | 0.00 | 808.36 |
| 08/02/2007 | 019556445 |  | 08/25/2007 | 977.90 | 0.00 | 977.90 |
| 08/02/2007 | 019553004 | 7312007 | 08/25/2007 | 313.14 | 0.00 | 313.14 |
| 08/02/2007 | 023604267 | 7312007 | 08/25/2007 | 30.43 | 0.00 | 30.43 |
| 08/02/2007 | 019554863 | 812007GYS | 08/25/2007 | 50.77 | 0.00 | 50.77 |
| 08/02/2007 | 023604268 | 7312007GS | 08/25/2007 | 8.87 | 0.00 | 8.87 |
| 08/02/2007 | 038953645 | 7312007 | 08/25/2007 | 16.96 | 0.00 | 16.96 |
| 08/02/2007 | 019045660 | 05102007RET | 08/25/2007 | -1,999.75 | 0.00 | -1,999.75 |
| 08/02/2007 | 019058703 | 06292007RET | 08/25/2007 | -601.23 | 0.00 | -601.23 |

Please address questions to:  Name: Rosemary Coe
Telephone: 1-800-540-3991
Fax: 407-816-2232
Email: rcoe@amerisourcebergen.com



| | Today's Date | Page |
|---|---|---|
| | 16 January 2008 | 3 |

| Account Number | 019008086 |
|---|---|

| Bill To | ROSELAND COMMUNITY HOSPITAL<br>45 WEST 111TH STREET<br>CHICAGO, IL 60628 |
|---|---|

## OPEN ACCOUNTS RECEIVABLE

| Transaction Date | Transaction Number | Purchase Order | Transaction Due Date | Transaction Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 08/02/2007 | 019554864 | 812007GYS | 08/25/2007 | 1,374.57 | 0.00 | 1,374.57 |
| 08/03/2007 | 019558622 | 822007GYS | 08/25/2007 | 3,780.98 | 0.00 | 3,780.98 |
| 08/03/2007 | 019560205 | 822007GYS | 08/25/2007 | 32.52 | 0.00 | 32.52 |
| 08/06/2007 | 019562324 | 08052007AMV | 08/25/2007 | 16.02 | 0.00 | 16.02 |
| 08/06/2007 | 019560632 | 822007GYS | 08/25/2007 | 25.44 | 0.00 | 25.44 |
| 08/06/2007 | 019562325 | 8032007GYS | 08/25/2007 | 6.18 | 0.00 | 6.18 |
| 08/06/2007 | 019561455 | 8032007GYS | 08/25/2007 | 379.30 | 0.00 | 379.30 |
| 08/06/2007 | 019562327 | 8032007GYS | 08/25/2007 | 519.80 | 0.00 | 519.80 |
| 08/06/2007 | 019562326 | 08052007AMV | 08/25/2007 | 3,425.72 | 0.00 | 3,425.72 |
| 08/06/2007 | 019561456 | 8032007GYS | 08/25/2007 | 4,369.65 | 0.00 | 4,369.65 |
| 08/07/2007 | 019568532 | 08062007AMV | 08/25/2007 | 4,218.46 | 0.00 | 4,218.46 |
| 08/07/2007 | 019568531 | 08062007AMV | 08/25/2007 | 29.58 | 0.00 | 29.58 |
| 08/08/2007 | 019571068 | 08072007AMV | 08/25/2007 | 3,436.33 | 0.00 | 3,436.33 |
| 08/09/2007 | 019575768 | 08082007JS | 08/25/2007 | 1,177.07 | 0.00 | 1,177.07 |
| 08/10/2007 | 019578263 | 08092007JS | 08/25/2007 | 2,931.54 | 0.00 | 2,931.54 |
| 08/13/2007 | 019583830 | 8112007 | 08/25/2007 | 2,375.24 | 0.00 | 2,375.24 |
| 08/13/2007 | 019580230 | 8102007GYS | 08/25/2007 | 2,125.22 | 0.00 | 2,125.22 |

Please address questions to:   Name: Rosemary Coe
Telephone: 1-800-540-3991
Fax: 407-816-2232
Email: rcoe@amerisourcebergen.com



| Today's Date | Page |
|---|---|
| 16 January 2008 | 4 |

| Account Number | 019008086 |
|---|---|

Bill To: ROSELAND COMMUNITY HOSPITAL
45 WEST 111TH STREET
CHICAGO, IL 60628

## OPEN ACCOUNTS RECEIVABLE

| Transaction Date | Transaction Number | Purchase Order | Transaction Due Date | Transaction Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 08/13/2007 | 019583829 | 8112007 | 08/25/2007 | 51.76 | 0.00 | 51.76 |
| 08/13/2007 | 019580229 | 8102007GYS | 08/25/2007 | 114.32 | 0.00 | 114.32 |
| 08/13/2007 | 019580134 | 08092007JS | 08/25/2007 | 781.31 | 0.00 | 781.31 |
| 08/14/2007 | 019586483 | 8122007GYS | 08/25/2007 | 917.92 | 0.00 | 917.92 |
| 08/14/2007 | 019586480 | 08132007AMV | 08/25/2007 | 219.36 | 0.00 | 219.36 |
| 08/14/2007 | 019586481 | 8122007GYS | 08/25/2007 | 32.52 | 0.00 | 32.52 |
| 08/14/2007 | 019586482 | 08132007AMV | 08/25/2007 | 1,475.59 | 0.00 | 1,475.59 |
| 08/15/2007 | 019590003 | 08142007AMV | 08/25/2007 | 7,485.38 | 0.00 | 7,485.38 |
| 08/15/2007 | 019590002 | 08142007AMV | 08/25/2007 | 132.48 | 0.00 | 132.48 |
| 08/16/2007 | 019595272 |  | 09/10/2007 | 793.14 | 0.00 | 793.14 |
| 08/16/2007 | 019595052 | 08152007JS | 09/10/2007 | 48.78 | 0.00 | 48.78 |
| 08/16/2007 | 019595053 | 08152007JS | 09/10/2007 | 2,330.26 | 0.00 | 2,330.26 |
| 08/17/2007 | 019597769 | 08162007AMV | 09/10/2007 | 2,584.54 | 0.00 | 2,584.54 |
| 08/17/2007 | 019597770 | 08162007BIOT | 09/10/2007 | 146.61 | 0.00 | 146.61 |
| 08/20/2007 | 019599640 | 08172007AMV | 09/10/2007 | 54.28 | 0.00 | 54.28 |
| 08/20/2007 | 019599642 | 081720072ND | 09/10/2007 | 26.72 | 0.00 | 26.72 |
| 08/20/2007 | 019599641 | 08172007AMV | 09/10/2007 | 2,371.85 | 0.00 | 2,371.85 |

Please address questions to:  Name: Rosemary Coe
Telephone: 1-800-540-3991
Fax: 407-816-2232
Email: rcoe@amerisourcebergen.com



| | Today's Date | Page |
|---|---|---|
| | 16 January 2008 | 5 |
| Account Number | 019008086 | |
| Bill To | ROSELAND COMMUNITY HOSPITAL<br>45 WEST 111TH STREET<br>CHICAGO,IL60628 | |

## OPEN ACCOUNTS RECEIVABLE

| Transaction Date | Transaction Number | Purchase Order | Transaction Due Date | Transaction Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 08/20/2007 | 019601544 | 08162007CII | 09/10/2007 | 1,467.52 | 0.00 | 1,467.52 |
| 08/20/2007 | 019602726 | 08192007AMV | 09/10/2007 | 3,779.25 | 0.00 | 3,779.25 |
| 08/21/2007 | 019605816 | 08202007IVS | 09/10/2007 | 514.61 | 0.00 | 514.61 |
| 08/21/2007 | 019605815 | 08202007AMV | 09/10/2007 | 697.97 | 0.00 | 697.97 |
| 08/22/2007 | 019609483 | 08212007AMV | 09/10/2007 | 65.04 | 0.00 | 65.04 |
| 08/22/2007 | 019609484 | 08212007AMV | 09/10/2007 | 2,604.00 | 0.00 | 2,604.00 |
| 08/23/2007 | 019614010 | 08222007AMV | 09/10/2007 | 4,135.44 | 0.00 | 4,135.44 |
| 08/23/2007 | 019614009 | 08222007AMV | 09/10/2007 | 64.95 | 0.00 | 64.95 |
| 08/24/2007 | 019616513 | 08232007AMV | 09/10/2007 | 1,372.01 | 0.00 | 1,372.01 |
| 08/29/2007 | 019631251 | 082820072ND | 09/10/2007 | 3,766.50 | 0.00 | 3,766.50 |
| 08/29/2007 | 019631250 | 082820072ND | 09/10/2007 | 44.42 | 0.00 | 44.42 |
| 09/04/2007 | 019641327 | 08272007AMV | 09/25/2007 | 3,860.16 | 0.00 | 3,860.16 |
| 09/04/2007 | 019643554 | | 09/25/2007 | 889.38 | 0.00 | 889.38 |
| 09/05/2007 | 019647180 | 08292007AMV | 09/25/2007 | 3,419.50 | 0.00 | 3,419.50 |
| 09/05/2007 | 019647181 | 09042007AMV | 09/25/2007 | 2,801.99 | 0.00 | 2,801.99 |
| 09/05/2007 | 019647179 | 09042007AMV | 09/25/2007 | 256.82 | 0.00 | 256.82 |
| 09/06/2007 | 019650527 | 09052004AMV | 09/25/2007 | 82.94 | 0.00 | 82.94 |

Please address questions to:  Name: Rosemary Coe
Telephone: 1-800-540-3991
Fax: 407-816-2232
Email: rcoe@amerisourcebergen.com



| Today's Date | Page |
|---|---|
| 16 January 2008 | 6 |

| Account Number | 019008086 |
|---|---|
| Bill To | ROSELAND COMMUNITY HOSPITAL<br>45 WEST 111TH STREET<br>CHICAGO,IL60628 |

## OPEN ACCOUNTS RECEIVABLE

| Transaction Date | Transaction Number | Purchase Order | Transaction Due Date | Transaction Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 09/06/2007 | 019650528 | 09052004AMV | 09/25/2007 | 3,732.63 | 0.00 | 3,732.63 |
| 09/07/2007 | 019653419 | 09062007CII | 09/25/2007 | 646.47 | 0.00 | 646.47 |
| 09/10/2007 | 019659263 | 09092007GYS | 09/25/2007 | 143.36 | 0.00 | 143.36 |
| 09/10/2007 | 019655436 | 09072007AMV | 09/25/2007 | 67.36 | 0.00 | 67.36 |
| 09/10/2007 | 019655940 | 09072007AMV | 09/25/2007 | 4.62 | 0.00 | 4.62 |
| 09/10/2007 | 019659264 | 09092007GYS | 09/25/2007 | 2,965.11 | 0.00 | 2,965.11 |
| 09/10/2007 | 019655437 | 09072007AMV | 09/25/2007 | 8,091.13 | 0.00 | 8,091.13 |
| 09/11/2007 | 019078124 | 08052007AMV | 09/25/2007 | -12.39 | 0.00 | -12.39 |
| 09/11/2007 | 019078125 | 08052007AMV | 09/25/2007 | 15.42 | 0.00 | 15.42 |
| 09/14/2007 | 019078620 | 07132007AMV | 09/25/2007 | -136.02 | 0.00 | -136.02 |
| 09/14/2007 | 019078621 | 07132007AMV | 09/25/2007 | 144.27 | 0.00 | 144.27 |
| 09/17/2007 | 019678763 |  | 10/10/2007 | 942.35 | 0.00 | 942.35 |
| 09/25/2007 | 019080811 | 04112007RA | 10/10/2007 | 96.18 | 0.00 | 96.18 |
| 09/25/2007 | 019080810 | 04112007RA | 10/10/2007 | -90.68 | 0.00 | -90.68 |
| 09/26/2007 | 019702062 |  | 10/10/2007 | -69.90 | 0.00 | -69.90 |
| 09/26/2007 | 019701899 | 47021 | 10/10/2007 | 2,299.00 | 0.00 | 2,299.00 |
| 10/03/2007 | 019725740 |  | 10/25/2007 | 1,137.98 | 0.00 | 1,137.98 |

Please address questions to:  Name: Rosemary Coe
Telephone: 1-800-540-3991
Fax: 407-816-2232
Email: rcoe@amerisourcebergen.com



| | Today's Date | Page |
|---|---|---|
| | 16 January 2008 | 7 |
| Account Number | 019008086 | |
| Bill To | ROSELAND COMMUNITY HOSPITAL<br>45 WEST 111TH STREET<br>CHICAGO,IL60628 | |

## OPEN ACCOUNTS RECEIVABLE

| Transaction Date | Transaction Number | Purchase Order | Transaction Due Date | Transaction Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 10/15/2007 | 019755563 | 101007 | 10/25/2007 | 803.45 | 0.00 | 803.45 |
| 10/16/2007 | 019759731 | | 11/10/2007 | 1,154.74 | 0.00 | 1,154.74 |
| 10/31/2007 | 019084962 | 09052004AMV | 11/10/2007 | -34.30 | 0.00 | -34.30 |
| 10/31/2007 | 019084963 | 09052004AMV | 11/10/2007 | 44.34 | 0.00 | 44.34 |
| 11/05/2007 | 019809097 | | 11/25/2007 | 920.05 | 0.00 | 920.05 |
| 11/16/2007 | 019847659 | | 12/10/2007 | 920.12 | 0.00 | 920.12 |
| 12/03/2007 | 019889710 | | 12/25/2007 | 855.79 | 0.00 | 855.79 |
| 12/05/2007 | 019894353 | | 12/25/2007 | -17.50 | 0.00 | -17.50 |
| 12/17/2007 | 019929230 | | 01/10/2008 | 855.79 | 0.00 | 855.79 |
| 01/02/2008 | 019970360 | | 01/25/2008 | 855.66 | 0.00 | 855.66 |

| | |
|---|---|
| Total Transactions | $125,316.66 |
| Less: Cash Received | $0.00 |
| Total Outstanding Balance | $125,316.66 |

Please address questions to:   Name: Rosemary Coe

Telephone: 1-800-540-3991

Fax: 407-816-2232

Email: rcoe@amerisourcebergen.com