**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

AMERISOURCEBERGEN DRUG CORPORATION

v.

ROSELAND COMMUNITY HOSPITAL ASSOCIATION

Case Number:

FILED: JUNE 25, 2008
08CV3628
JUDGE ASPEN
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff AMERISOURCEBERGEN DRUG CORPORATION    PH

| | |
|---|---|
| NAME (Type or print)<br>John F. Hiltz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John F. Hiltz | |
| FIRM<br>Loeb & Loeb LLP | |
| STREET ADDRESS<br>321 N. Clark, Ste. 2300 | |
| CITY/STATE/ZIP<br>Chicago, Il 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289744 | TELEPHONE NUMBER<br>312-464-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |