**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>AMERISOURCEBERGEN DRUG CORPORATION<br><br>v.<br><br>ROSELAND COMMUNITY HOSPITAL ASSOCIATION | Case Number:<br><br>FILED: JUNE 25, 2008<br>08CV3628<br>JUDGE ASPEN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff AMERISOURCEBERGEN DRUG CORPORATION    PH

---

| NAME (Type or print) |
|---|
| Michael L. Molinaro |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael L. Molinaro |

| FIRM |
|---|
| Loeb & Loeb LLP |

| STREET ADDRESS |
|---|
| 321 N. Clark, Ste. 2300 |

| CITY/STATE/ZIP |
|---|
| Chicago, Il 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6183321 | 312-464-3100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐