IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Amerisourcebergen Grug Corporation | | |
| vs. Roseland Community Hospital Association | | Case Number 08 CV 3628 |

### AFFIDAVIT OF SERVICE

I, Ryan Gatz, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 01 day of July, 2008, at 04:00 PM at 230 West Superior Suite 500, Chicago, IL 60610, did serve the following document(s):

**Summons and Complaint**

Upon: **Roseland Community Hospital Association c/o Melinda Malecki, Agent**

By: ☑ Personally serving to: Rose Abrusci, Legal Assistant

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant

at 230 West Superior Suite 500, Chicago, IL 60610 on

| Description: Sex | **Female** | Race | **White** | Approximate Age | **30** |
|---|---|---|---|---|---|
| Height | **5'7** | Weight | **155** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

*[signature]*
Ryan Gatz
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101