UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION, ) ) ) | |
| Plaintiff, ) | Case No. 08 CV 3628 |
| ) | |
| v. ) | Judge Aspen |
| ) | Magistrate Judge Cole |
| ROSELAND COMMUNITY HOSPITAL ) ASSOCIATION, an Illinois corporation, ) ) | |
| Defendant. ) | |

## NOTICE OF FILING

TO:  Michael L. Molinaro
     Loeb & Loeb, LLP
     321 N. Clark Street
     Suite 2300
     Chicago, IL 60610

PLEASE TAKE NOTICE that on July 24th, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendant, Roseland Community Hospital Association's Answer to Complaint, a copy of which is attached hereto and herewith served on you.

Roseland Community Hospital Association

by _____
One of the Attorneys for Defendant

Martin D. Tasch
Lebow, Malecki & Tasch, LLC
1200 Jorie Blvd., Suite 329
Oak Brook, IL 60523
(630) 571-9000

## CERTIFICATE OF SERVICE

Under penalties of perjury pursuant to 28 U.S.C. Section 1746, the undersigned states that true and correct copies of the above and foregoing Notice and Answer to Complaint were served on counsel of record, via electronic transmission, on July 24, 2008.

Signed and Certified By _____