# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 3628
AMERISOURCEBERGEN DRUG CORPORATION
vs.
ROSELAND COMMUNITY HOSPITAL ASSOCIATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ROSELAND COMMUNITY HOSPITAL ASSOCIATION

| | |
|---|---|
| NAME (Type or print) Rhonda Stuart | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Rhonda Stuart | |
| FIRM Lebow, Malecki & Tasch, LLC | |
| STREET ADDRESS 1200 Jorie Boulevard, Suite 329 | |
| CITY/STATE/ZIP Oak Brook, IL  60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6211880 | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |